IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL LANDIS,

    Petitioner,

v.

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-720-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Daniel Landis for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

| /s/ | 9/14/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |