UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANIEL L. LANDIS,

    Petitioner,

-VS-   Case No: 14-C-720

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

## NOTICE OF APPEAL

Notice is hereby given that Daniel L. Landis hereby appeals to the United States Court of Appeals for the 7th Circuit from the District Court's denial of a writ of habeas corpus in this action, on the 14th day of September, 2015; and the denial of a certificate of appealability on September, 14th, 2015.

Daniel L. Landis
100 Corrections Dr.
Stanley, WI 54768

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this notice of appeal was given to the institution staff to be mailed, with the postage prepaid, to Peter Oppeneer, clerk of court for the United States District Court, 120 North Henry Street, Room 320, Madison, WI 53703, on October 11th, 2015.

Petitioner, Daniel L. Landis.

Service of this document to the Respondent is to be done by the clerk of court, electronicly, per court order.